| | |
|---|---|
| 1 | BROOKE K. KIM (SBN 239298) |
| 2 | brooke.kim@dlapiper.com<br>DLA PIPER LLP (US) |
| 3 | 4365 Executive Drive, Suite 1100<br>San Diego, CA 92121-2133 |
| 4 | Tel:   858.677.1400 | Fax:      858.977.1401 |
| 5 | GREGORY G. SPERLA (SBN 278062)<br>greg.sperla@dlapiper.com |
| 6 | DLA PIPER LLP (US)<br>555 Mission Street, Suite 2400 |
| 7 | San Francisco, CA 94015-2933<br>Tel:   (415) 836-2500 | Fax:   (415) 836-2501 |
| 8 | CONNOR M. SCOTT (SBN 321714) |
| 9 | connor.scott@us.dlapiper.com<br>DLA PIPER LLP (US) |
| 10 | 2000 Avenue of the Stars<br>Suite 400, North Tower |
| 11 | Los Angeles, CA 90067-4735<br>Tel:   (310) 595-3000 | Fax:   (310) 595-3300 |
| 12 | Attorneys for Defendants |
| 13 | L'ORÉAL USA, INC. AND<br>L'ORÉAL USA PRODUCTS, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY L. THOMAS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., JOHN PAUL MITCHELL SYSTEMS, WELLA OPERATIONS US, LLC, COTY, INC., CLAIROL, KOHLBERG KRAVIS ROBERT & CO. a/k/a KKR & CO., INC., BRISTOL-MYERS SQUIBB, PROCTER & GAMBLE HAIR CARE, LLC, and JOHN DOE CORPORATIONS 1-100;<br><br>Defendants. | CASE NO. 2:25-cv-03957<br><br>[*Removed from the Los Angeles County Superior Court, Case No. 25STCV11927*]<br><br>**DECLARATION OF BROOKE KIM IN SUPPORT OF NOTICE OF DEFENDANTS L'ORÉAL USA, INC. AND L'ORÉAL USA PRODUCTS, INC. OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446**<br><br>[*Filed concurrently with Notice of Removal*]<br><br>Complaint Filed:   04/23/2025 |

1619997971

I, Brooke Kim, declare as follows:

1. I am an attorney at the law firm DLA Piper LLP (US), counsel for Defendants L'Oréal USA, Inc. and L'Oréal USA Products, Inc. in the above-captioned lawsuit. I am duly licensed to practice law in the State of California.

2. I submit this declaration in support of Defendants' Notice of Removal.

3. I am over the age of 18 years old, I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would competently testify thereto.

4. Defendants L'Oréal USA, Inc. and L'Oréal USA Products, Inc. have not been served in this action.

5. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint, filed with the Los Angeles Superior Court on April 23, 2025.

6. Attached hereto as **Exhibit B** is a true and correct copy of the Civil Case Cover Sheet, filed with the Los Angeles Superior Court on April 23, 2025.

7. Attached hereto as **Exhibit C** is a true and correct copy of the Alternate Dispute Resolution Packet, filed with the Los Angeles Superior Court on April 23, 2025.

8. Attached hereto as **Exhibit D** is a true and correct copy of the Minute Order re: Complex Determination, filed with the Los Angeles Superior Court on April 30, 2025.

9. Attached hereto as **Exhibit E** is a true and correct copy of the Certificate of Mailing for Minute Order re: Complex Determination, filed with the Los Angeles Superior Court on April 30, 2025.

10. Attached hereto as **Exhibit F** is a true and correct copy of the Minute Order re: Newly Assigned Case, filed with the Los Angeles Superior Court on May 2, 2025.


1  11. Attached hereto as **Exhibit G** is a true and correct copy of the Certificate of Mailing for Minute Order re: Newly Assigned Case, filed with the Los Angeles Superior Court on May 2, 2025

12. L'Oréal USA, Inc. and L'Oréal USA Products, Inc. are each incorporated in Delaware and maintain a principal place of business in New York, New York.

13. All real Defendant entities named in this lawsuit have not been served or have consented to removal.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 2, 2025, in Poway, California.

                                                  */s/Brooke K. Kim*
                                                BROOKE K. KIM